UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OLADAPO OLAJIDE, | Case No. 22-cv-04776-HSG |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| v. | |
| PRESIDENT OF THE UNITED STATES, | Re: Dkt. No. 6 |
| Defendant. | |

Plaintiff Oldapo Olajide has filed a motion for permission for electronic case filing. Dkt. No. 6. However, under General Order 78, pro se parties may register to become Electronic Case Filing ("ECF") system users, and may file documents electronically, without first obtaining a judge's permission. The Court therefore **DENIES** the motion.

**IT IS SO ORDERED.**

Dated: 9/6/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge